UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY L. SMITH, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   No. 1:12-cv-799-WTL-MJD |
| | ) |
| MICHAEL ZENK, | ) |
| | ) |
|     Respondent. | ) |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is **dismissed for lack of jurisdiction.**

Date: 10/17/2012

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Anthony L. Smith  No. 150950
New Castle Correctional Facility
Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box A
New Castle, IN 47362

All Electronically Registered Counsel