UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY L. SMITH, )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>MICHAEL ZENK, )<br>)<br>      Respondent. ) | No. 1:12-cv-799-WTL-MJD |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is **dismissed for lack of jurisdiction.**

Date: 10/17/2012

Laura Briggs, Clerk
United States District Court

*/s/ Jennifer N. Ong*
By: Deputy Clerk

*/s/ William T. Lawrence*
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Anthony L. Smith  No. 150950
New Castle Correctional Facility
Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box A
New Castle, IN 47362

All Electronically Registered Counsel